# UNITED STATES DISTRICT COURT
## FOR SOUTHERN THE DISTRICT OF FLORIDA

JASON MONTAG,
        Plaintiff,

v.

BRETT FOGLE, individually, and
as the last known officer of BJF
ENTERPRISES, an unregistered Florida
entity;  BJF ENTERPRISES, an
unregistered Florida entity; and
DOES 1 and 2,
        Defendants.

CASE NO:

**05-80521**

CIV-RYSKAMP

MAGISTRATE JUDGE
VITUNAC

---

## VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNFAIR COMPETITION IN VIOLATION OF FLA. STAT. § 501.204, COMMON LAW UNFAIR COMPETITION AND FOR INJUNCTIVE RELIEF

COMES NOW Plaintiff Jason Montag (hereinafter referred to as "Montag" or "Plaintiff") by and through his undersigned counsel and files this Complaint against Defendant, Brett Fogle (hereinafter referred to as "Fogle"), individually, and as the last known officer of BJF ENTERPRISES, an unregistered Florida entity, BJF ENTERPRISES, (hereinafter referred to as "BJF"), an unregistered Florida entity, and Does 1 and 2 and in support thereof states as follows:

### JURISDICTION AND VENUE

1.      Through this action, Plaintiff, Montag asserts claims against Fogle individually, and as the last known officer of BJF ENTERPRISES, an unregistered Florida entity, BJF ENTERPRISES, (hereinafter referred to as "BJF"), an unregistered Florida entity, and Does 1 and 2 arising under the Copyright Act of 1976, as amended, 17 U.S.C. §101 *et seq.*, Fla. Stat. §501.204, and Florida common law.  This Court has original subject matter jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. §§ 1331, 1337(a), 1338(a, b) and pursuant to Fed. R. Civ. P. 65 (a, b & f), and



supplemental subject matter jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367(a).

2.      This Court has specific personal jurisdiction over all of the defendants as each has purposefully committed, within the state the acts from which these claims arise and/or has committed tortuous acts outside Florida, knowing and intending that such acts would cause injury within the state.  The Court also has general personal jurisdiction over Defendants Fogle and BJF Enterprises as each Defendant conducts continuous, systematic and routine business within the State of Florida and the County of Palm Beach.

3.      Venue is proper in the United State District Court of the Southern District of Florida pursuant to 28 U.S.C. §§ 1391(b, c) and 1400(a).

## NATURE OF THE CASE

4.      Plaintiff – author and copyright holder – brings this action to put a stop to Defendants' willful piracy on the Internet.  Defendants, Fogle and BJF operate a World Wide Web site on which they have made and published unauthorized copies of Plaintiff's copyrighted electronic books[1] (hereinafter "ebooks").  Thereafter, they altered, plagiarized, repackaged, advertised as their own through Google AdSense® and other advertising outlets and eventually sold and passed off as their own, Plaintiff's creative works.

5.      Defendants claim that they have authored an ebook on dog training.  In actuality it is nothing more than an altered, plagiarized and repackaged ebook that the Plaintiff

---

[1] Ebook or e-book or electronic book is any book that is published in electronic or digital form.  The ebooks come in various and proprietary formats and require an ebook reader to decode and access the content.

originally authored after extensive labor and hard work.  The Defendants have taken what is not theirs, duplicated it, published it and distributed it for their own commercial gain to hundreds of thousands of Internet users around the world. Defendants are fully aware that their actions violate the law.  Defendants have admitted that their actions may be illegal.

6.    Plaintiff's altered ebooks on www.dog-house-training-secrets.com and upon information and belief, they have already profited substantially from the original author's labor and good will.  Notwithstanding Defendants' awareness of the Plaintiff's rights under the U.S. copyright law, Plaintiff has already suffered loss to his good name and significant loss of business.  Accordingly, Plaintiff, Montag respectfully seeks this Court's assistance to ask the Defendants to disgorge all illegally made profits and stop selling Plaintiff's creative works without authorization.

THE PARTIES

7.    Plaintiff, Jason Montag, is a citizen and resident of the State of Florida, County of Palm Beach.

8.    Upon information and belief, Defendant, Brett Fogle is a citizen of the State of Florida, County of Palm Beach.  Fogle is doing business within the jurisdiction of this Court individually and as BJF Enterprises, an unregistered Florida entity.

9.    Upon information and belief, BJF Enterprises is an unregistered Florida entity doing business within the jurisdiction of the Court.  BJF is a citizen and a resident of the State of Florida, County of Palm Beach.  *See* attached whois query printout from www.networksolutions.com, as **Exhibit "A."**

10.  The true names and capacities, whether individual, corporate or otherwise, of the defendants named herein as Does 1 and 2 are presently unknown to the Plaintiff, who therefore sue said defendants by such fictitious names.  Plaintiffs will seek to amend this Complaint to allege the true names and capacities of the said defendants when they have ascertained such information.  Plaintiffs are informed and believe that each defendant named herein as Does 1 and 2 have participated in some or all of the acts or conduct alleged in this Complaint and are liable to the Plaintiff by reason thereof.

## STATEMENT OF FACTS

11.  Plaintiff is the author and original and rightful owner of original ebooks entitled *Potty-Professor: The Ultimate Guide to Fast House Training* (hereinafter "*Potty-Professor*") published electronically only in May 2003, and *Doggy Be Good* (hereinafter "*Doggy Be Good*") published electronically only in October 2002 (together referred to as "dog training ebooks").

12.  The U.S. Registrar of Copyrights issued Certificate of Registration for *Potty-Professor* on August 11, 2003 and for *Doggy Be Good* on August 5, 2003.  *See* attached and incorporate herein by reference, Certificates of Registration as **Exhibits "B" and "C."**

13.  Throughout, the Plaintiff has zealously guarded his copyrighted works and has published his dog training ebooks in strict conformity with the provisions of the United States Copyright Act of 1976 and all other laws governing copyright.  He either sells or licenses his dog training ebooks through various websites and spends substantial sums of money to market them.

14.    Plaintiff's ability to successfully sell copies of his dog training ebooks directly depends on his ability to offer licensees the exclusive right to read, or exhibit or distribute his ebooks, either temporally or geographically and either temporarily or permanently.

15.    Defendants Fogle and BJF owns and operates an internet website with the uniform resource locator address www.dog-house-training-secrets.com. *See* a true and correct image of the website which are incorporated herein by reference and attached as **Exhibits "A"** and **Composite Exhibit "D."**

16.    Through the use of the aforementioned website, Defendant has sold, distributed, and promoted an ebook titled, "*Dog House Training Secrets*" sample infringing pages of which are attached as **Composite Exhibit "E"** and incorporated herein by reference.

17.    By reason of their bulk, it is impractical to attach complete copies of Plaintiff's copyrighted dog training ebooks and the Defendant's infringing ebook as exhibits. Nonetheless, Plaintiff incorporates *Potty Professor*, *Doggy Be Good* and *Dog House Training Secrets* herein by reference. Sample infringing pages are attached as **Composite Exhibits "E," "F"** and **"G."** However, copies of all the ebooks will be made available and exhibited to the Court at all appropriate proceedings. Moreover, the undersigned counsel has already provided complete copies of *Potty Professor*, *Doggy Be Good*, and *Dog House Training Secrets* to the Defendants, Fogle and BJF.

18.    The subject matter of *Dog House Training Secrets* and Plaintiff's dog training ebooks is identical.

19.    More strikingly however, is the fact that Defendants copied pages directly from Plaintiff's dog training ebooks. For example, the grid below lists the pages that the

Plaintiff incorporates herein by reference and that infringe upon Plaintiff's dog

training ebooks:

| Defendant, Fogle & BJF's Infringing Pages *Dog House Training Secrets* | Plaintiff, Jason Montag's Original Works With Reference to the Pages Infringed | |
|---|---|---|
| | *Doggy Be Good* | *Potty Professor* |
| 18 | 3 | |
| 19 | 4 | |
| 20 | 5,6 | |
| 21 | | |
| 22 | 7 | |
| 23 | 7,8 | |
| 24 | 9 | |
| 25 | 9,10 | |
| 26 | 10,11 | |
| 27 | 11 | |
| 30 | 12 | |
| 31 | 12,13 | |
| 32 | 13,14 | |
| 33 | 15,16 | |
| 34 | 16 | 13 |
| 35 | 17 | |
| 36 | 17,18 | |
| 37 | 19,20 | |
| 38 | 20,21,22 | |
| 39 | 22,23 | |
| 40 | 23,24,25 | |
| 41 | 25,26 | |
| 42 | 26,27,28 | |
| 43 | 28,29 | |
| 44 | 29,30,31 | |
| 45 | 31,32,33 | |
| 46 | 33,34 | |
| 47 | 34,35,36 | |
| 48 | 36,37,38 | |
| 49 | 38,39,40 | |
| 50 | 40 | |
| 51 | 41,42 | |

20.    Furthermore, when the Defendants advertised *Dog House Training Secrets* on the

Internet, he copied and pasted pages from the Plaintiff's book to sell his own book

claiming that Fogle is the author of *Dog House Training Secrets*. *See* **Exhibit "H."**

Defendants, Fogle and BJF knowingly infringed Plaintiff's copyrights by publishing and placing on the market throughout the world, his ebook "*Dog House Training Secrets*," in which they copied, sometimes verbatim, the images and text from Plaintiff's copyrighted works, the dog training ebooks.

21.     By reproducing, publishing, offering for sale, advertising, distributing and selling his ebook, *Dog House Training Secrets*, defendant has infringed Plaintiff's copyrights throughout the United States and the world without Plaintiff's consent and in complete disregard of his exclusive constitutional and statutory rights.

22.     Plaintiff has been and still is the sole proprietor of all right, title and interest in and to the copyrighted ebooks, *Potty -Professor, The Ultimate Guide to Fast House Training* and *Doggy be Good.*

23.     Defendants have not been granted a license to copy, alter, plagiarize, advertise, display, publish or sell Plaintiff's copyrighted dog training ebooks.

24.     Defendants have not sought to license the right to copy, alter, use, advertise, display, publish or sell Plaintiff's copyrighted dog training ebooks and have no intention to do so.

25.     There is a substantial likelihood that Plaintiff will succeed on the merits of this action.

26.     All conditions for the Plaintiffs to maintain this cause of action have been performed, waived or excused.

27.     Plaintiffs have retained the undersigned counsel to represent them to prosecute this cause of action and they are obligated to pay the attorney a reasonable fees and costs for his services in this cause.

COUNT I
COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. §101 *et seq.*
(AGAINST ALL DEFENDANTS)

28.    Plaintiff adopts and re-alleges paragraphs 1-27 inclusive as though fully set forth
       herein.

29.    Plaintiff is legal or beneficial owner of certain U.S. copyrights in and to the ebooks
       titled *Potty -Professor, The Ultimate Guide to Fast House Training* and *Doggy be
       Good.*

30.    Plaintiff has registered these copyrights with the U.S. Copyright Office and possess
       valid registrations for each copyrighted ebook.  True and correct copies of the
       registrations are attached as **Exhibits "B" and "C."** and incorporated herein by
       reference.

31.    Defendants infringed the above-mentioned copyright by copying, altering,
       plagiarizing, advertising, displaying, publishing or selling or causing to copy, alter,
       plagiarize, advertise, display, publish or sell, Plaintiff's copyrighted dog training
       ebooks via ebook entitled *Dog House Training Secrets*.  Each such act is an
       infringement of the exclusive rights granted to the Plaintiff by 17 U.S.C. §106.

32.    Plaintiff has notified defendant that defendant has infringed the copyright of plaintiff,
       and defendant has continued to infringe the copyright.

33.    Upon information and belief, Defendants' infringement has allowed them to collect
       profits in the thousands of dollars and is adversely affecting the potential market for
       and value of Plaintiff's copyrighted and creative works.

34.    Defendants committed each act of infringement with the knowledge that the text and
       images they were copying, altering, plagiarizing, advertising, displaying, publishing

or selling or causing to copy, alter, plagiarize, advertise, display, publish or sell, were
subject to valid U.S. copyright registrations and with the knowledge that the
Defendants did not have any authorization from the Plaintiff for copying, altering,
plagiarizing, advertising, displaying, publishing or selling or causing to copy, alter,
plagiarize, advertise, display, publish or sell, such copyrighted works.

35.     For Defendants' completed acts of infringement, Plaintiffs are entitled to recover
Plaintiff's actual damages and any profits of Defendants not taken into account in
computing the actual damages or at their election, statutory damages for willful
infringement in the amount of $150,000 per copyrighted work infringed.

36.     Monetary relief alone is not adequate to fully address the irreparable injury that the
Defendants' illegal actions have caused and will continue to cause Plaintiffs if not
enjoined.  Plaintiffs therefore are also entitled to preliminary and permanent
injunctive relief to stop Defendants' infringement of Plaintiff's copyrights pursuant to
Fed. R. Civ. P. 65 (a, b & f).

COUNT II
UNFAIR COMPETITION IN VIOLATION OF FLA. STAT. § 501.204
(AS TO FOGLE AND BJF)

37.     Plaintiff adopts and re-alleges paragraphs 1-27 inclusive as though fully set forth
herein.

38.     Defendants' actions discussed herein constitute unfair competition within the
meaning of Fla. Stat. § 501.204.

39.     Pursuant to Fla. Stat. § 501.204, Plaintiff is entitled to preliminary and permanent
injunctive relief ordering Defendants to cease this unfair competition, as well as
disgorgement of all of Defendants' profits associated with this unfair competition.

COUNT III
FLORIDA COMMON LAW UNFAIR COMPETITION
(AS TO FOGLE AND BJF)

40.    Plaintiff adopts and re-alleges paragraphs 1-27 inclusive as though fully set forth

herein.

41.    Defendants' actions discussed herein constitute unfair competition under the common

law of the State of Florida.

42.    As detailed above, Defendants' actions have harmed the Plaintiff and will continue to

harm unless the Defendants are enjoined.

43.    As a consequence of the Defendants' unfair competition, Plaintiff is entitled to

damages and preliminary and permanent injunctive relief ordering Defendants to

cease this unfair competition and disgorge all their illegally gained profits.

44.    Defendants have been engaged in unfair trade practices and unfair competition

against the Plaintiff to the Plaintiff's irreparable damage, which cannot be adequately

calculated or compensated in money damages.

45.    Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief

ordering Defendants to cease this unfair competition, as well as disgorgement of all of

Defendants' profits associated with this unfair competition and unfair trade practices.


WHEREFORE, Plaintiff, Jason Montag requests that:

a.    Defendants, their agents, servants and employees and all persons acting in concert

with them be restrained and enjoined preliminarily and permanently from copying,

altering, plagiarizing, advertising, displaying, publishing or selling or causing to

copy, alter, plagiarize, advertise, display, publish or sell Plaintiff's copyrighted works or any colorable representation thereof via any means including Internet or print.

b.      That all copies or altered, plagiarized copies of Plaintiff's works in Defendants' possession, custody, or control be destroyed or otherwise appropriately disposed of and that all storage devices, copying, streaming and other distribution equipment including all computers, computer servers, all hardware and software pertaining or connected thereto, and all other devices by which Defendants have copied or altered or publicly displayed Plaintiff's works, be seized from Defendant and destroyed or otherwise appropriately disposed of, pursuant to 17 U.S.C. §503.

c.      That Defendants be required to account for all gains, profits and advantages derived from their acts of infringement and for their other violations of law.

d.      That Defendants be required to pay over to the Plaintiff the actual damages suffered by them as a result of the infringement and any profits of Defendants attributable to the infringement of Plaintiff's exclusive rights under U.S. copyright law and to pay such damages to the Plaintiff as this Court shall deem to be just and proper within the provisions of the Copyright Act or in the alternative, at Plaintiff's election, statutory damages as set forth in 17 U.S.C. 504.

e.      That the Defendants be required to pay over to Plaintiffs the actual damages they have suffered by Defendants' infringement of their copyrighted works and Defendants' unfair trade practices and unfair competition.

f.      That the Defendants be required to pay over to Plaintiffs all gains, profits and advantages derived by defendant through unfair trade practices and unfair competition.

Montag v. Fogle
Complaint
Page 12 of 13

g.      That the Defendant be required to pay to the Plaintiff the costs of this action and

reasonable attorney fees incurred by the Plaintiff.

h.      Plaintiff have such other and further relief as this Court deems just and proper.

Dated on June 6th, 2005

Richard Sierra & Associates, P.A.              *The* Airan Law Firm
3111 N. University Dr., Suite 718              1220 SW 22nd Terrace
Coral Springs, FL 33065                        Miami, Florida 33145
(O) 954.757.1919                               (O) 305.860.5641
(F)  954.757.2992                              (F) 305.860.5641
Email:  rich@businesslawyer.biz                ashish@airanlaw.com

By:_____          By:_____
Richard Sierra                                 Ashish G. Airan
Florida Bar No.: 0782491                       Florida Bar No.: 498386

## VERIFICATION

STATE OF FLORIDA
COUNTY OF BROWARD

      Before me the undersigned authority, this day personally appeared JASON MONTAG, who is personally known and being duly sworn, deposed and under penalty of perjury, states that the facts as stated in this Complaint are true and accurate to the best of his knowledge and that he is the copyright owner of the material that is allegedly infringed.

_____
JASON MONTAG

Sworn to and Subscribed Before Me this ___6___ day of June, 2005.

STATE OF FLORIDA )

SS.

COUNTY OF BROWARD )

NOTARY PUBLIC-STATE OF FLORIDA
Richard Sierra
Commission # DD384283
Expires: JAN. 05, 2009
Bonded Thru Atlantic Bonding Co., Inc.

_____
Notary Public, State of Florida at Large

**Network Solutions**

FREE OFFERS    WHOIS    VIEW ORDER    CUSTOMER SERVICE    ( **ACCOUNT MANA**

| HOME | REGISTER A DOMAIN | HOST YOUR WEB SITE | CREATE A WEB SITE | BUY E-MAIL | PROMOTE YOUR SITE | GROW YOUR BUSINESS | TRANSFER YOUR DOMAIN |

## *Thousands of domains expire every day.*

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR**

**BUY THE AVAILABLE EXT FOR THIS DOMAIN NAM**

## dog-house-training-secrets.com



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
SSL Certificates – Make this site secure
Site Confirm Seals – Become a trusted Web Site

The data contained in Go Daddy Software, Inc.'s WhoIs database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy.  This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of Go Daddy Software, Inc.  By submitting an inquiry, you agree to these terms of usage and limitations of warranty.  In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and and solicitations of any kind, including spam.  You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field.  In most cases, Go Daddy Software, Inc. is not the registrant of domain names listed in this database.

Registrant:
BJF Enterprises
1698 SW 16th st
Boca Raton, Florida 33486
United States

Registered through: GoDaddy.com
Domain Name: DOG-HOUSE-TRAINING-SECRETS.COM
   Created on: 24-Aug-03
   Expires on: 24-Aug-05
   Last Updated on: 10-Aug-04

Administrative Contact:
   Fogle, Brett  bfogle@bellatlantic.net
   BJF Enterprises
   1698 SW 16th st
   Boca Raton, Florida 33486
   United States
   5613505105     Fax -- 5613954844

dog-house-tr...
dog-house-tr...
dog-house-tr...
dog-house-tr...
dog-house-tr...
dog-house-tr...
dog-house-tr...
dog-house-tr...
dog-house-tr...
dog-house-tr...
dog-house-tr...
dog-house-tr...

( CO

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.c

**Search by:**
  ⦿  Domain Name
  ○  NIC Handle
  ○  IP Address

SEAR



Technical Contact:
    Fogle, Brett  bfogle@bellatlantic.net
    BJF Enterprises
    1698 SW 16th st
    Boca Raton, Florida 33486
    United States
    5613505105    Fax -- 5613954844

Domain servers in listed order:
    WSC1.JOMAX.NET
    WSC2.JOMAX.NET
The previous information has been obtained either directly from the registrant or a
registrar of the domain name other than Network Solutions. Network Solutions,
therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Is the name y◊
want her◊**

VIEW

**Keyword Alert S◊**
A **FREE** service to find ◊
the domain you want ◊

| | |
|---|---|
| **Current Registrar:** | GO DADDY SOFTWARE, INC. |
| **IP Address:** | 64.202.163.103  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-ARIZONA-SCOTTSDALE |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | 1 |
| **Data as of:** | 21-Jun-2004 |

When you register a domain name, current policies require that the contact information for your domain name registrati◊
included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-v◊
automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these term◊
The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to
persons in obtaining information about or related to a domain name registration record. Network Solutions does not gua◊
accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use
only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise supp◊
transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile;
enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The co◊
repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network◊
You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network S◊
reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminat◊
access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without li◊
excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions re◊
right to modify these terms at any time.



Back to top | About Us | Partnerships | Customer Service | Site Map

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Home | Register a Domain | Host Your Web Site | Create a Web Site | Buy E-mail | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manager |

Review our Policies, Service Agreement, and Legal Notice
© Copyright 2005 Network Solutions. All rights reserved.



EXHIBIT A

PAGE 2 OF 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

Registration Number
**TXu 1-107-434**

TXU 1107434
Effective Date of Registration
*Aug 11 03*

2005 1 1 2003

2005 1 1 2005   Two
Fee Received

---

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE

Examined By

Correspondence

| | | |
|---|---|---|
| **Title of This Work**<br>Alternative title or title of larger work in which this work was published | **1** | POTTY PROFESSOR<br>THE ULTIMATE GUIDE TO FAST HOUSETRAINING |
| **Name and Address of Author and Owner of the Copyright**<br>Nationality or domicile<br>Phone, fax and email | **2** | JASON MONTAG<br>1970 SE 1st CIRCLE<br>BOYNTON BEACH, FL 33435<br>Phone (561) 742-3412   Fax ( )<br>Email jdmontag@bellsouth.net |
| **Year of Creation** | **3** | 2003 |
| **If work has been published, Date and Nation of Publication** | **4** | a Date _____ Month ___ Day ___ Year ___  (Month, day and year all required)<br>b Nation |
| **Type of Authorship in This Work**<br>Check all that this author created | **5** | ☒ Text (includes fiction, nonfiction, poetry, computer programs, etc )<br>☒ Illustrations<br>☐ Photographs<br>☐ Compilation of terms or data |
| **Signature**<br>Registration cannot be completed without a signature | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge   Check one<br>☒ Author ☐ Authorized agent<br>X _____ |
| **Name and Address of Person to Contact for Rights and Permissions**<br>Phone, fax and email | **7** | ☒ Check here if same as #2 above<br>Phone ( )   Fax ( )<br>Email |

| **8** | Name ▼ JASON MONTAG | **9** Deposit Account #<br>Name |
|---|---|---|
| Certificate will be mailed in window envelope to this address | Number/Street/Apt ▼ 1970 SE 1st CIRCLE<br>City/State/Zip ▼ BOYNTON BEACH, FL 33435 | |

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20,000   Web Rev June 2002   ⊕ Printed on recycled paper

PAGE 1 OF 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**SHORT FORM TX** ■
For a Nondramatic Literary Work

**UNITED STATES COPYRIGHT OFFICE**

Registration Number

**TXu 1-186-878**

Effective Date of Registration

Au5 05 2003

AUG 0 5 2003

AUG 0 5 2003

Examined By

Correspondence ☐

Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work** / Alternative title or title of larger work in which this work was published | **1** | DOGGY BE GOOD |
| **Name and Address of Author and Owner of the Copyright.** / Nationality or domicile Phone, fax, and email | **2** | JASON MONTAG 1970 SE 1st CIRCLE BOYNTON BEACH, FL 33435 Phone (561) 742-3412  Fax ( ) Email jdmontag@bellsouth.net |
| **Year of Creation** | **3** | 2002 |
| **If work has been published, Date and Nation of Publication** | **4** | a Date _____ Month ___ Day ___ Year ___ (Month, day and year all required) b Nation _____ |
| **Type of Authorship in This Work** / Check all that this author created | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc) ☐ Illustrations ☑ Photographs ☐ Compilation of terms or data |
| **Signature** / Registration cannot be completed without a signature | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge  Check one ☑ Author  ☐ Authorized agent  X _____ |
| **Name and Address of Person to Contact for Rights and Permissions** / Phone, fax and email | **7** | ☑ Check here if same as #2 above Phone ( ) Fax ( ) Email |

EXHIBIT C

PAGE 1 OF 1

| | |
|---|---|
| **8** Certificate will be mailed in window envelope to this address | Name ▼ JASON MONTAG Number/Street/Apt ▼ 1970 SE 1st CIRCLE City/State/ZIP ▼ BOYNTON BEACH, FL 33435 |
| **9** | Deposit Account # _____ Name _____ |

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# List of Articles

**[ 1 ] [ 2 ] [ 3 ] [ 4 ] [ 5 ] [ 6 ] [ 7 ]**

11. House Training your adult dog   **[ PDF ]**

12. How to Prevent Destruction   **[ PDF ]**

13. Products for Destruction Prevention   **[ PDF ]**

14. Housebreaking   **[ PDF ]**

15. Informal Lessons   **[ PDF ]**

16. INFORMAL LESSONS - SIT & SIT-STAY   **[ PDF ]**

17. INFORMAL LESSONS - DOWN & DOWN-STAY   **[ PDF ]**

18. HEEL WITH IMMEDIATE SIT   **[ PDF ]**

19. INFORMAL LESSONS - COME FRONT   **[ PDF ]**

20. INFORMAL LESSONS - BASE   **[ PDF ]**

**[ 1 ] [ 2 ] [ 3 ] [ 4 ] [ 5 ] [ 6 ] [ 7 ]**

============================
**Dog House Training Secrets**
**Who Else Wants to Have Have the Happiest,**
**Healthiest, and Best Behaved Dog Around**
**Anywhere... Discover How You Can To!**
**www.Dog-House-Training-Secrets.com**
============================



EXHIBIT D
PAGE 1 OF 2

# List of Articles

**[ 1 ] [ 2 ] [ 3 ] [ 4 ] [ 5 ] [ 6 ] [ 7 ]**

1. Introduction to Dog House Training Secrets     **[ PDF ]**

2. Some tips for a well-behaved Dog     **[ PDF ]**

3. Why Train Your Dog?     **[ PDF ]**

4. Obedience Training Benefits Everyone     **[ PDF ]**

5. Secret signal that tells you your dog is ready and eager to learn     **[ PDF ]**

6. Getting started     **[ PDF ]**

7. First Things First: (before you start training)     **[ PDF ]**

8. Canine Psychology     **[ PDF ]**

9. DOG Traits     **[ PDF ]**

10. Getting Started with Some Basic Things     **[ PDF ]**

**[ 1 ] [ 2 ] [ 3 ] [ 4 ] [ 5 ] [ 6 ] [ 7 ]**

==============================
**Dog House Training Secrets**
**Who Else Wants to Have Have the Happiest,**
**Healthiest, and Best Behaved Dog Around**
**Anywhere... Discover How You Can To!**
**www.Dog-House-Training-Secrets.com**
==============================



EXHIBIT D
PAGE 2 OF 2

## TWO MEALS A DAY – OWNER AROUND MOST OF THE TIME

| Food and Water Schedule | | | Relief Station | Monitor or Kennel |
|---|---|---|---|---|
| Time | Food | Water | R.S. | Monitor/Kennel |
| 8:00 | | | 5 minutes | monitor |
| 8:05 | 10 minutes | 10 minutes | 5 minutes | monitor |
| 9:40 | | | 5 minutes | kennel |
| Away From Home | | | | |
| 12:00 | | 1 minute | 5 minutes | monitor |
| 2:00 | | | 5 minutes | kennel |
| Away From Home | | | | |
| 5:00 | | 1 minute | 5 minutes | monitor |
| 7:15 | | 1 minute | 5 minutes | monitor |
| 9:00 | 10 minutes | 10 minutes | 5 minutes | monitor |
| 11:30 | | | 5 minutes | kennel |

EXHIBIT _E_

PAGE _1_ OF _1_

Potty–Professor Page 13

## Housebreaking
## Only for the first 7 days:

I will provide a schedule that I use because it fits into my schedule, but please examine your daily life and adjust this schedule to fit your needs and the needs of your puppy.

The first thing to do is record an average day for you including when you wake up, the windows of time that you leave regularly, and when you go to bed. This will give you a basis from which to build you puppy's schedule for feeding, walking, drinking and when they will be confined. Yes, confined. Trust me, it works, and we will cover it later.

This is the schedule that I use to train my puppies. Yours will look similar but will fit you perfectly.

| Food and Water Schedule | | | Relief Station | Monitor or Kennel |
|---|---|---|---|---|
| Time | Food | Water | R.S. | Monitor/Kennel |
| 8:00 | | | 5 minutes | monitor |
| 8:05 | 10 minutes | 10 minutes | 5 minutes | monitor |
| 9:40 | | | 5 minutes | kennel |
| | | | | |
| 12:00 | | 1 minute | 5 minutes | monitor |
| 2:00 | | | 5 minutes | kennel |
| | | | | |
| 5:00 | | 1 minute | 5 minutes | monitor |
| 7:15 | | 1 minute | 5 minutes | monitor |
| 9:00 | 10 minutes | 10 minutes | 5 minutes | monitor |
| 11:30 | | | 5 minutes | kennel |

16

EXHIBIT __F__

PAGE _1_ OF _5_

## SIT:

Sit is a very important command, if not the most important. It is essential that this command is mastered to allow the more advanced commands to be learned.

1. Begin positioned next to your puppy with him on your left.



2. Give the command "_____ SIT", while simultaneously placing your hand on the dogs' rear just above the tail.



EXHIBIT _F_
PAGE _2_ OF _5_

3. Gently put pressure, being sure not to press hard, so that the puppy knows what you would like them to do. The puppy will naturally follow your pressure and begin to sit down.



4. Once the dog is fully seated be sure to smother them in praise and attention.

The puppy will soon understand what is expected of them and slowly aim to follow the command. Once this happens you can begin to correct them to steer them to a quicker response.

1. Put the collar on and stand with the dog on your left.
2. Give the command " _____ SIT".
3. Allow approximately 1 second for the puppy to respond.
4. If the correct response is not given, snap and release the collar, simultaneously saying "No".
5. Repeat the command " _____ SIT".
6. Continue this procedure until the command is obeyed to your satisfaction.
7. Once the behavior is completed properly, PRAISE!

EXHIBIT _F__

PAGE _3_ OF _5_

## SIT-STAY:

This is a very easy command to teach, however, it requires that you pay close attention to what you do so that the dog does not get confused. The dog will pay great attention to detail, and so must you. This command is extremely useful for when you have to leave the dog's side and do not want to drag them along. How many times have you had to run back in your house for something or go back and pick up something that you dropped? There are a million and one times this will be useful and you will be grateful that you taught it.

1. Begin positioned next to your puppy with him on your left in the SIT position with collar and leash on.



2. Give the command "_____ STAY", while simultaneously placing your hand in front of the dog's eyes (palm open and towards the dog).



EXHIBIT _F_

PAGE _4_ OF _5_

Perform this command every opportunity you get. Practice this command a minimum of 15 times per day. Stay motivated! The puppy will stay motivated because they are getting one on one attention and lots of praise.

### *Key Hints

-**Every** right response gets praise.

-**Every** wrong response gets a correction.

-If the dog seems to have forgotten what the command means you may have to digress back to assisting the dog by putting pressure on their rear end.

EXHIBIT _F_

PAGE _5_ OF _5_

21

The first thing to do is record an average day for you including when you wake up, the windows of time that you leave regularly, and when you go to bed. This will give you a basis from which to build your pets schedule for feeding, walking, drinking and when they will be confined. Yes, confined. Trust me, it works, and we will cover it later.

This is the schedule that I use to train my puppies. Yours will look similar but will fit you perfectly.

| Food and Water Schedule | | | Relief Station | Monitor or Kennel |
|---|---|---|---|---|
| Time | Food | Water | R.S. | Monitor/Kennel |
| 8:00 | | | 5 minutes | monitor |
| 8:05 | 10 minutes | 10 minutes | 5 minutes | monitor |
| 9:40 | | | 5 minutes | kennel |
| | | | | |
| 12:00 | | 1 minute | 5 minutes | monitor |
| 2:00 | | | 5 minutes | kennel |
| | | | | |
| 12:00 | | 1 minute | 5 minutes | monitor |
| 2:00 | | | 5 minutes | kennel |
| | | | | |
| 5:00 | | 1 minute | 5 minutes | monitor |
| 7:15 | | 1 minute | 5 minutes | monitor |
| 9:00 | 10 minutes | 10 minutes | 5 minutes | monitor |
| 11:30 | | | 5 minutes | kennel |

- 34 -

EXHIBIT _G_
PAGE _1_ OF _3_

**SIT:**

Sit is a very important command, if not the most important. However, It is essential that this command is mastered to allow the more advanced commands to be learned and take root.



1. Begin positioned next to your Dog with him on your left.



2. Give the command "_____ SIT", while simultaneously placing your hand on the dogs' rear just above the tail.

3. Gently put pressure, being sure not to press hard, so that the Dog knows what you would like them to do. The Dog will naturally follow your pressure and begin to sit down.



4. Once the dog is fully seated be sure to smother them in praise and attention. The Dog will soon understand what is expected of them and slowly aim to follow the command. Once this happens you can begin to correct them to steer them to a quicker response.

EXHIBIT _G_

PAGE _2_ OF _3_

**Recap of events**

1. Put the collar on, and stand with the dog, on your left.

2. Give the command " _____ SIT".

3. Allow approximately 1 second for the Dog to respond.

4. If the correct response is not given, snap and release the collar, simultaneously saying "No".

5. Repeat the command " _____ SIT".

6. Continue this procedure until the command is obeyed to your satisfaction.

7. Once the behavior is completed properly, PRAISE!

Perform this command every opportunity you get. Practice this command a minimum of 15 times per day. Stay motivated! The Dog will stay motivated because they are getting one on one attention and lots of praise.

**\*Key Hints**
- **Every** right response gets praise.
- **Every** wrong response gets a correction.
- If the dog seems to have forgotten what the command means you may have to digress back to assisting the dog by putting pressure on their rear end.

**SIT-STAY:**

This is a very easy command to teach, however, it requires that you pay close attention to what you do so that the dog does not get confused. The dog will pay great attention to detail, and so must you. This command is extremely useful for when you have to leave the dog's side and do not want to drag them along. How many times have you had to run back in your house for something or go back and pick up something that you dropped? There are a million and one times this will be useful and you will be grateful that you taught it.

EXHIBIT _G_

PAGE _3_ OF _3_


# Ezine @rticles™

○ The Web    ● EzineArticles.com     Google

[                              ]  Search

---

**Ezine Articles For Authors**

- Submit Articles
- Members Login
- Benefits
- Recent Articles
- Expert Authors
- Platinum Members
- Most Emailed
- Most Viewed
- Article Ratings
- Read Endorsements
- Send Testimonials
- Editorial Guidelines
- Author TOS

**For Publishers**

- Terms of Service
- Ezines / Email Alerts
- Manage Subscriptions
- EzineArticles RSS

**For Everyone**

- Blog
- Forums
- About Us
- What's New
- Contact Us
- Affiliates
- Link To Us
- Traffic Stats
- Privacy Policy
- Site Map

[x] Click for Live Support

**Search EzineArticles**

[                    ]

[ Search All Options ▾ ]

Search

**EzineArticles Newsletter**

**Email Address:**

---

HOME::Home-and-Family/Pets

## Why Train Your Dog?

By Brett Fogle ☆

Article Word Count: 530   [View Summary]

One of the questions that may come to mind right now is why, why should I train my dog? What are the benefits to my dog and me? I will address that question below.

Obedience training is one of the most important aspects of raising a dog. In fact, a well-trained dog is by far a happier dog! Why? Because the fact is a trained dog requires fewer restrictions. The more reliable the dog, the more freedom he is given.

For example, many stores and businesses that normally won't allow dogs on their premises will make an exception for a puppy or a dog that will heel nicely by his owner's side, or will do a sit-stay or down-stay without hesitation. And when company arrives in your home, there's no need to banish a well-behaved dog to another room for fear that he will be a royal nuisance. Moreover, because a well-mannered, obedience-trained dog is both appreciated and welcome, he receives more attention and interaction from family members, visitors, and passers-by, than does the ill-mannered dog.

You As Your Dog's Leader

Training serves to strengthen the bond between a dog and his owner. It builds communication, understanding, and mutual respect, and subtly but effectively demonstrates to your dog that you're the leader of the pack (commonly referred to as the "Alpha"). And if your dog doesn't respect you as his leader, you may both be in big trouble, particularly if he's a bit rowdy or dominant by nature.

Training May Save Your Dog's Life

---

🖨 **Print This Artic**

📄 **EzinePublisher**

✉ **Send To Frienc**

⭐ **Add To Favorit**

---

# Goog

# Not Foun

The requested URL /incl was not found on this server.

---

EXHIBIT _H_
PAGE _1_ OF _2_

Why Train Your Dog?

**Your Name:**

subscribe ▶

We will never sell or rent
your email address

Ezine Articles MarketPlace

Got an Ezine Marketing
or Email Newsletter
Question?
AskChrisKnight.com

Obedience training also gives the dog owner the voice control necessa
prevent numerous potential tragedies. For instance, should a dog slip
of his collar in the middle of a congested traffic intersection, he can be
safely heeled across the street, then given a sit command to facilitate
putting his collar back on. Or should someone accidentally leave the f
door open, and you spot your dog leaving, he can be safely called bac
you using the recall command.

Not only will obedience training help your dog to become more respon
but also because it enables you to have immediate control over your c
behavior, in an emergency situation obedience training may save you
life. In fact, it can ultimately save the lives of many dogs, because far
dogs would end up in animal shelters if their owners would simply tak
time to train them. And for those dogs that do need homes, a trained
much easier to adopt than an untrained one.

Statistics also show that puppies which receive early socialization,
obedience, and temperament training (aggression prevention training
far less likely to end up being destroyed by three years of age than th
that do not receive this early training.

The Consequences Of An Untrained Dog

Without proper training, many dogs are likely to misbehave. And whe
owners allow their dogs to misbehave, everyone suffers: The owner,
because he or she lives with a dog, the dog, because everyone's dowr
him for misbehaving; the dog's owner's neighbors, because living nex
difficult dog is no one's idea of fun; and ultimately every dog owner,
because each incidence where a dog creates a nuisance increases ant
sentiment, and contributes to the likelihood that tough legal restrictio
be placed on all dogs.

==========================================
Brett Fogle is the author of Dog House Training Secrets
An Easy-To-Follow, No-Nonsense, Ebook about Dog Training.
Learn To Train Your Dog in 7 Days or Less -- Guaranteed!
Click Here Now: http://www.dog-house-training-secrets.com/
==========================================

Article Source: http://EzineArticles.com/

EXHIBIT _H_
PAGE _2_ OF _2_

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Jason Montag          CIV-RYSKAMP

## DEFENDANTS

Bret H. Fogle, *Individually and as last known officer of* BJF Enterprises
BJF Enterprises
Does 1 & 2

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

05-80521

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 954-753-1971
Richard Sierra & Associates, 3111 N. Univ Dr # 318, Coral Springs, Fl 33065
The Asian Law Firm, 12205 W. 22nd Terrace Miami, Fl 33145 (305) 860-3694

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE
VITUNAC

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   BROWARD,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  U.S. Government Plaintiff

☑ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

9:05CV 80521-Ryskamp
Vitunac

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☑ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from another district (specify)

☐ 6  Multidistrict Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | ☑ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| B☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Copyright Act of 1976, as amended, 17 USC sec 101   Copyright Infringement Action

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ 150,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY   (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE   6/6/05

SIGNATURE OF ATTORNEY OF RECORD   (Richard Sierra)

FOR OFFICE USE ONLY

RECEIPT # 534341   AMOUNT 250.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____