# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

July 26, 2005

James J. Wolfson, Esq.
~~Greenberg Traurig~~
3290 Northside Parkway, Suite 400
Atlanta, GA   30327

Dear Counsel:

As you know, your name appears on the service list of a document filed with this Court in Case # 05-CIV-80521-Ryskamp.   Our records, however, indicate that you are not a member of the Southern District of Florida Bar.  Pursuant to Local Rule 4(B) of the *Special Rules Governing the Admission and Practice of Attorneys*, only members of the Bar of this District may appear as attorneys in this Court except when *pro hac vice* appearance is permitted by the Court.  If you believe our records to be incorrect, please forward to me any documentation you have which would assist me in correcting this matter.

In order to file documents and appear in this Court *pro hac vice,*  you are required to complete a written motion requesting permission to appear and participate in a particular case.   The Rule requires that the motion designate a member of the Bar of this Court who maintains an office in this District for the practice of law, to act as local counsel with whom the Court and opposing counsel may readily communicate and upon whom papers shall be served.  The Rule further requires that the motion be accompanied by a written statement from local counsel consenting to the designation, along with certification from the applicant that he or she has studied the Local Rules and is a member in good standing of the bar of any United States Court or the highest Court of any state or territory of the United States.

Administrative Order 96-61 provides that an admissions fee of $75.00 is to be paid by every attorney seeking admission to our Local Bar as well as those attorneys petitioning the Court to appear and participate in a particular case under Rule 4(B).  The fee should be paid by check made payable to "U.S. Courts" and accompanied by your motion and certification.

A form motion requesting leave to appear *pro hac vice* can be downloaded from our website at www.flsd.uscourts.gov, or by contacting this office.   If you have any questions, you may contact Attorney Admissions at (305) 523-5265.

Sincerely,

CLARENCE MADDOX
Court Administrator • Clerk of Court

by:  _____
Catherine Wade, Attorney Admissions

c:      United States District Judge Ryskamp
        File

*"It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice."*

