FILED by ____ D.C. ELECTRONIC

Aug 12 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 05-CV-80521
Rykamp

JASON MONTAG,

    Plaintiff,

vs

BRETT FOGLE, as last known officer of
BJF Enterprises, an unregistered Florida
entity and BJF ENTERPRISES, an
Unregistered Florida entity,

    Defendants.    /

## MOTION FOR FURTHER ENLARGEMENT OF TIME

Defendants, BRETT FOGLE and BJF ENTERPRISES (collectively "Defendants"), move for a further enlargement of time to respond to the Complaint in this action and state as follows:

1. Plaintiff Jason Montag filed a Verified Complaint on or about June 9, 2005.

2. The parties are continuing to conduct good faith settlement negotiations.

3. Defendants' counsel has contacted Plaintiff's counsel and is authorized to represent to the Court that the Plaintiff has no objection to an extension of time to respond to the Complaint.

4. This motion for enlargement is made in good faith and not for purposes of delay. Defendants' counsel was recently informed of Plaintiff's counsel intent to withdraw. Defendants request the additional time to resume settlement negotiations with Plaintiff's new counsel.

12pa

## MEMORANDUM OF LAW

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Court has the authority to extend the time for service for an appropriate period for good cause shown, with or without motion if the request is made before expiration of the time originally prescribed. As set forth above, there is good cause for the extension of time requested by the Defendants.

WHEREFORE, Defendants request that the Court enter an order extending the time for Defendant to respond to the Complaint through and including August 29, 2005.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 12th day of August, 2005 on:

Richard Sierra
Richard Sierra & Associates, PA
3111 N. University Drive
Suite 718
Coral Springs, FL  33065

Ashish Gaurav Airan
The Airan Law Firm
1220 SW 22nd Terrace
Miami, FL  33145

By: _____
MARK F. BIDEAU, FBN 564044
LORIE M. GLEIM, FBN 0069231
JANNA SATZ NUGENT, FBN 676667

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 05-80521-CIV-RYSKAMP/Vitunac

JASON MONTAG,

    Plaintiff,

vs

BRETT FOGLE, as last known officer of
BJF Enterprises, an unregistered Florida entity;
and BJF ENTERPRISES, an Unregistered Florida entity,

    Defendants.                                              /

## ORDER

THIS CAUSE came before the Court upon Defendants' Motion for Further Enlargement of Time, and the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Defendants' Motion for Extension of Time to respond to the Complaint in this action is hereby **GRANTED.** Defendants shall have up to and including August 29, 2005 in which to file their response to Plaintiff's Verified Complaint.

DONE AND ORDERED in Ft. Lauderdale, Broward County, Florida, this _____ day of August, 2005.

                                                                   Kenneth L. Ryskamp
                                                           DISTRICT COURT JUDGE

Copies Furnished To:

Janna Satz Nugent, Esq.
Richard Sierra, Esq.
Ashish Gaurav Airan, Esq.