Case 9:05-cv-80521-KLR   Document 16   Entered on FLSD Docket 08/30/2005   Page 1 of 8

FILED by _____ D.C.
ELECTRONIC

Aug 29 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 05-CV-80521

Ryskamp

JASON MONTAG,

    Plaintiff,

vs

BRETT FOGLE, as last known officer of
BJF Enterprises, an unregistered Florida
entity and BJF ENTERPRISES, an
Unregistered Florida entity,

    Defendants.
_____/

**DEFENDANTS BRETT FOGLE'S AND BJF ENTERPRISES'
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT,
UNFAIR COMPETITION IN VIOLATION OF FLA. STAT. § 501.204,
COMMON LAW UNFAIR COMPETITION AND FOR INJUNCTIVE RELIEF**

    Defendants Brett Fogle ("Fogle") and BJF Enterprises ("BJF"), hereby file their Answer and Affirmative Defenses to Plaintiff's Verified Complaint respectively showing the Court as follows:

**JURISDICTION AND VENUE**

    1.    Defendants admit that Plaintiff has asserted claims against Fogle and BJF. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations regarding Does 1 and 2. Defendants Fogle and BJF admit that Plaintiff has subject matter jurisdiction over these claims, but Defendants Fogle and BJF expressly deny any liability associated with Plaintiff's claims.

2. Defendants admit that Fogle and BJF are subject to the personal jurisdiction of this court, but deny that each has purposefully committed within the state the acts from which these claims arise and/or has committed tortious acts outside Florida, knowingly or unknowingly and intending that such acts would cause injury within the state. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations asserted against Does 1 and 2 contained within paragraph 2 of the Verified Complaint.

3. Defendants Fogle and BJF admit that venue if proper.

## NATURE OF THE CASE

4. Defendants lack knowledge or information sufficient to form a belief as to why Plaintiff brought this action. Defendants deny the remaining allegations in Paragraph 4 of the Verified Complaint.

5. Denied.

6. Denied.

## THE PARTIES

7. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 7 of the Verified Complaint.

8. Fogle admits that he is a citizen of the State of Florida, County of Palm Beach and that he is doing business within the jurisdiction of this Court individually. Fogle is an employee of BJF and denies the remaining allegations as alleged in Paragraph 8 of the Verified Complaint.

9. Admitted.

10. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 10 of the Verified Complaint.

## STATEMENT OF FACTS

11. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 11 of the Verified Complaint.

12. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 12 of the Verified Complaint.

13. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 13 of the Verified Complaint.

14. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 14 of the Verified Complaint.

15. BJF admits that it owns and operates an internet website with the uniform resource locator address www.dog-house-training-secrets.com. Defendants deny that Fogle owns and operates this website.

16. Defendants admit that the ebook titled, *"Dog House Training Secrets"* was sold on the aforementioned website. Defendants deny the remaining allegations in paragraph 16 of the Verified Complaint.

17. Defendants admit that it received copies of *Potty Professor, Doggy Be Good and Dog House Training Secrets*. Defendants deny the remaining allegations in paragraph 17 of the Verified Complaint.

18. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 18 of the Verified Complaint.

19. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 19 of the Verified Complaint.

20. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 20 of the Verified Complaint.

21. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 21 of the Verified Complaint.

22. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 22 of the Verified Complaint.

23. Defendants admit that they were not granted a license to use Plaintiff's alleged copyrighted dog training books. Defendants deny the remaining allegations in paragraph 23 of the Verified Complaint.

24. Defendants admit that they have not sought to license the right to copy, alter, use, advertise, display, publish or sell Plaintiff's dog training ebooks and have no intention to do so. Defendants deny that Plaintiff has a valid copyrighted work.

25. Denied.

26. Denied.

27. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 27 of the Verified Complaint.

### COUNT I
### COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 *et seq.*
### (AGAINST ALL DEFENDANTS)

28. Defendants reallege and incorporate their responses to the allegations contained in Paragraphs 1 through 27 of Plaintiff's Verified Complaint as if set forth fully herein.

29. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 29 of the Verified Complaint.

4

30. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained within paragraph 30 of the Verified Complaint.

31. Denied.

32. Defendants admit that they received notification of this alleged infringement. Defendants deny the remaining allegations in Paragraph 32 of the Verified Complaint.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

## COUNT II
## UNFAIR COMPETITION IN VIOLATION OF FLA. STAT. § 501.204
## (AS TO FOGLE AND BJF)

37. Defendants reallege and incorporate their responses to the allegations contained in Paragraphs 1 through 36 of Plaintiff's Verified Complaint as if set forth fully herein.

38. Denied.

39. Denied.

## COUNT III
## FLORIDA COMMON LAW UNFAIR COMPETITION
## (AS TO FOGLE AND BJF)

40. Defendants reallege and incorporate their responses to the allegations contained in Paragraphs 1 through 39 of Plaintiff's Verified Complaint as if set forth fully herein.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

5

45. Denied.

Defendants reserve the right to amend their Answer. Defendants deny the relief requested in Plaintiff's prayer for relief. Defendants specifically deny any and all claims or assertions not specifically admitted to. Defendants are not liable for anything to anyone in any amount.

WHEREFORE, Defendants respectfully request that this Court enter judgment in their favor and against Plaintiff, declare Plaintiff's copyrights invalid, unenforceable and uninfringed, and dismiss this Verified Complaint with prejudice as frivolous and unjustified and order Plaintiff to pay Defendants' costs, attorneys' fees and expenses incurred by them, and interest thereon in defending this Verified Complaint and such other and further relief as this Court deems just and proper.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Verified Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is estopped from asserting his claims.

### FOURTH AFFIRMATIVE DEFENSE

Defendants' use of Plaintiff's alleged copyrighted right was a fair use.

6

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff is barred from asserting his claims because in the application for registration of the work in suit, Plaintiff willfully misstated or failed to state facts that, if known to the Copyright Office, would have constituted reason for rejecting the application.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by his misuse and unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants plead the general issue and state that they are not guilty of the matters charged against them in each Paragraph of the Verified Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of waiver, abandonment and laches.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendants are barred because Plaintiff has not suffered any damages.

### TENTH AFFIRMATIVE DEFENSE

All of Defendants' alleged actions were justified, lawful and legal, and immune from liability.

### ELEVENTH AFFIRMATIVE DEFENSE

By and through its conduct, Plaintiff has waived any right to recover from Defendants.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to bring his claims and Fogle is not the real party in interest.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, were the result of his own conduct. Plaintiff's claims, if any, are barred, in whole or in part, due to his failure to mitigate his alleged damages.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged copyrights are invalid and incapable of protection.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail this 29th day of August, 2005 on:

Jason Montag
238 SE 2nd Avenue
Boynton Beach, Florida 33435
jdmontag@bellsouth.net

Richard Sierra
Richard Sierra & Associates, PA
3111 N. University Drive
Suite 718
Coral Springs, FL 33065

Ashish Gaurav Airan
The Airan Law Firm
1220 SW 22nd Terrace
Miami, FL 33145

**GREENBERG TRAURIG, P.A.**
*Attorneys for Defendants*
777 South Flagler Drive, Suite 300-East
West Palm Beach, FL 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222

By: s/Janna S. Nugent
MARK F. BIDEAU, FBN 564044
LORIE M. GLEIM, FBN 0069231
JANNA SATZ NUGENT, FBN 676667
nugentj@gtlaw.com

WPB/554492.01/89628.010100